IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:21-cv-03095-SKC

CARLOS CUESTA,

    Plaintiff,

v.

AURORA HOSPITALITY, LLC, and
DENVER MANAGEMENT, INC.
d/b/a EMBASSY SUITES DENVER
CENTRAL PARK.,

    Defendants.

---

### JOINT NOTICE OF SETTLEMENT

---

Plaintiff, CARLOS CUESTA, and Defendants, AURORA HOSPITALITY, LLC, and DENVER MANAGEMENT, INC. d/b/a EMBASSY SUITES DENVER CENTRAL PARK, hereby advise the Court that the parties have reached an agreement to settle the instant case as to remediation only. The Parties continue discussion as to settlement of Plaintiff's attorney's fees and costs. Respectfully submitted this December 5, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Donald E. Lake* |
| ANTHONY J. PEREZ, ESQ. | DONALD E. "TRIPP" LAKE, ESQ. |
| GARCIA-MENOCAL & PEREZ, P.L. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 1600 Broadway | 1700 Lincoln Street, Suite 4000 |
| Denver, Colorado 80202 | Denver, CO 80203 |
| Telephone: (305) 553- 3464 | Telephone: (303) 861-7760 |
| Email:  ajperez@lawgmp.com | Email:  Tripp.Lake@lewisbrisbois.com |
| *Attorney for Plaintiff* | *Attorney for Defendants AURORA HOSPITALITY, LLC, and DENVER MANAGEMENT, INC. d/b/a EMBASSY SUITES DENVER CENTRAL PARK* |

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 5, 2022.

          Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, Colorado 80202
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com;
dramos@lawgmp.com

By: _/s/ Anthony J. Perez_____
    ANTHONY J. PEREZ