**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Case No. 1:21-cv-03095-SKC

CARLOS CUESTA,

    Plaintiff,

v.

AURORA HOSPITALITY, LLC, and
DENVER MANAGEMENT, INC.
d/b/a EMBASSY SUITES DENVER
CENTRAL PARK.,

    Defendants.

---

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

Plaintiff, CARLOS CUESTA, and Defendants, AURORA HOSPITALITY, LLC, and DENVER MANAGEMENT, INC. d/b/a EMBASSY SUITES DENVER CENTRAL PARK, ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement. STIPULATED AND AGREED by Counsel for the Parties on the dates below written. Respectfully submitted on January 6, 2023.

| | |
|---|---|
| */s/ Anthony J. Perez*<br>ANTHONY J. PEREZ, ESQ.<br>GARCIA-MENOCAL & PEREZ, P.L.<br>1600 Broadway<br>Denver, CO 80202<br>Telephone: (305) 553-3464<br>Email: ajperez@lawgmp.com<br>*Attorney for Plaintiff* | */s/ Donald E. Lake*<br>DONALD E. "TRIPP" LAKE, ESQ.<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1700 Lincoln Street, Suite 4000<br>Denver, CO 80203<br>Telephone:   (303) 861-7760<br>Email:   Tripp.Lake@lewisbrisbois.com<br>*Attorney for Defendants AURORA HOSPITALITY, LLC, and  DENVER MANAGEMENT, INC.  d/b/a EMBASSY SUITES DENVER CENTRAL PARK* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on January 6, 2023.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
1600 Broadway
Denver, CO 80202
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail:
dperaza@lawgmp.com
bvirues@lawgmp.com


By:   */s/  Anthony J. Perez*
       ANTHONY J. PEREZ

2